UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD CLEAVE DOUGLAS,

       Petitioner,

v.                                    Case No. 2:03-cv-171
                                     HON. ROBERT HOLMES BELL

FABIAN LAVIGNE,

       Respondent.

_____/

**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  The Court has received objections from the petitioner.  In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.  The Court now finds the objections to be without merit.

       Petitioner failed to make any specific objections to the recommendations.  Petitioner simply stated in his objection "that petitioner thereby has/is preserving his right to further pursue an appeal in this case, and that he does not waive this right."  Petitioner's general and nonspecific objection is equivalent to a complete failure to object.  *Martin v. Labelle*, 7 Fed. Appx. 492 (6th Cir. 2001); *Cole v. Yukins*, 7 Fed. Appx. 354 (6th Cir. 2001).

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

Date:    August 30, 2005          /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT  JUDGE